**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

FILED
JUL 05 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ________,DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No.** CR 23-271 PRW |
| | ) | |
| **SHRICEA NIKITA JANA LOPEZ,** | ) | **Violation: 21 U.S.C. § 846** |
| | ) | |
| **Defendant.** | ) | |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From on or about June 15, 2022, through on or about June 13, 2023, in the Western District of Oklahoma,

---------------------------------- **SHRICEA NIKITA JANA LOPEZ** --------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute controlled substances, including 400 grams or more of a mixture or substance containing a detectable amount of N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1) (A).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

JASON M. HARLEY
Assistant United States Attorney