**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-23-271-PRW** |
| | ) | |
| **SHRICEA NIKITA JANA LOPEZ,** | ) | **Violation: 21 U.S.C. § 841(a)(1)** |
| | ) | |
| **Defendant.** | ) | |

# SUPERSEDING INFORMATION

The United States Attorney charges:

## COUNT 1
**(Possession of Fentanyl with Intent to Distribute)**

On or about June 13, 2023, within the Western District of Oklahoma,

------------------------------ **SHRICEA NIKITA JANA LOPEZ** -------------------------------

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

ROBERT J. TROESTER
United States Attorney

JASON M. HARLEY
Assistant United States Attorney